UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:09-cr-03-TWP-MGN |
| ) | |
| BRENDA MUDD, ) | |
| ) | |
| Defendant ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated July 14, 2011, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of ten (10) months with no term of supervised release to follow. The defendant will voluntarily self-surrender to the Bureau of Prisons upon notification of her designation by the United States Probation Office. The Court further recommends Defendant be designated to the Alderson, West Virginia facility.

Date: 08/05/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

A. Brant Cook
Brant.cook@usdoj.gov

Jennifer H. Culotta
jennifer@culottalaw.com

U.S. Marshal

U.S. Probation